UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| WILLIE J. CLEMENTS, JR. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No.:   AW 03 CV 3172 |
| | : | |
| BALLY TOTAL FITNESS CORP., et al. | : | |
| | : | |
| Defendants | : | |

**<u>STIPULATION OF DISMISSAL</u>**

To the Clerk:

Please mark all pending claims, Cross-Claims, and causes of action in the above-captioned matter as " SETTLED, SATISFIED, AND DISMISSED WITH PREJUDICE."


__/s/_____
John F. Shay
Attorney for Plaintiff

__/s/_____
Bruce Marcus
Attorney for Plaintiff

__/s/_____
John Nowicki
Attorney for Bally Total
Fitness Corporation

__/s/_____
Matthew Carlson
Attorney for F.K. Bearings, Inc.

__/s/_____
Jeffrey DeCaro
Attorney for Northland Industries
d/b/a Magnum Fitness Systems

I:\Common\WP\L4\JRD\Clements\StipofDismissal.wpd